[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

VICTOR PEREZ

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Police Officer
Corona, S. #3331

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

AUG 2 0 2019 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 17 C 7810
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

  A. Name: Victor Perez

  B. List all aliases: N/A

  C. Prisoner identification number: Y13717

  D. Place of present confinement: Vandalia Correctional Center

  E. Address: Rt. 51 North, P.O. Box 500 Vandalia, IL. 62471

  (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
  (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: Police Officer Corona, S. #3331

   Title: Chicago Police Officer

   Place of Employment: 2452 W. Belmont Ave. Chicago, IL. 60618 Chicago Police Department

  B. Defendant: _____

   Title: _____

   Place of Employment: _____

  C. Defendant: _____

   Title: _____

   Place of Employment: _____

  (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: Perez v. Officer Piek, et al. Case No. 17 C 2356

   B. Approximate date of filing lawsuit: March 27, 2017

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Victor Perez

   D. List all defendants: Officers Piek, Masters and Martin

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Court, Northern District

   F. Name of judge to whom case was assigned: Judge Rebecca R. Pallmeyer

   G. Basic claim made: false arrest, illegal search and seizure (fourth amendment grounds)

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case still pending.

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. Lawsuits filed in any state or federal court in the United States:
  A. Perez v. Dart, Case No. 15 C 4359
  B. Early 2015
  C. Victor Perez
  D. Thomas J. Dart
  E. Federal Court, Northern District
  F. Judge Virginia M. Kendall
  G. Living Conditions claim in County Jail
  H. Case dismissed
  I. About January 2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

\*After being arrested and detained in Cook County Jail for Case No. 2014CR17544O (from 2014-2015), my lawyer put in a Motion to Suppress the Evidence and Quash Arrest in late 2015, which was heard in The Circuit Court of Cook County in front of the Judge Burns in Room 202. The Defendant, Officer Corona, was cross examined when the motion was heard and gave a false testimony (perjured testimony) when facts of the case (and arrest report) were changed/made up in his testimony.\*I was detained after routine traffic stop was made and driver was arrested for no driver's licence. Later, after driver and I was brought to Police Station, a firearm was found in vehicle. The weapon is what I was charged with the day of the arrest (along with drugs).\*The day the Motion was heard, Officer Corona said that I was "arrested for having the gun (UUW)," when we were stopped the day of the arrest, but then during

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

his cross examination, my lawyer proved that the weapon was found later at the station and recovered at station from vehicle. This was on the record. The Judge granted the motion and the case was nolle proseq. On October 27, 2015 the Judge Burns released me from Cook County Jail after sitting for 15 months. Upon information and belief Officer Corona made up info and held back evidence to taint fair and impartial trial promised by our U.S. Constitution; which inflicted over a year of emotional distress, loss of wages and mental anguish. I lost time that I can never get back.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I request monetary compensation for the suffering that I endured; indemnification request.

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __14th__ day of __Aug.__, 20__19__

_____
(Signature of plaintiff or plaintiffs)

__Victor Perez__
(Print name)

__Y13717__
(I.D. Number)

__Vandalia Correctional Center__
__Rt. 51 North__
__P.O. Box 500  Vandalia, IL. 62471__
(Address)

VICTOR PEREZ Y13717
P.O. BOX 500
VANDALIA, IL. 62471

THIS CORRESPONDENCE IS
FROM AN INMATE OF THE
ILLINOIS DEPARTMENT
OF CORRECTIONS



U.S. POSTAGE PITNEY BOWES
ZIP 62471 $ 001.30
02 4W
0000333268 AUG 16 2019

2019 AUG 20 AM 8:09



08/20/2019-57

CLERK OF U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 S. DEARBORN ST.
CHICAGO, IL.    60604

LEGAL MAIL